**UNITED STATES BANKRUPTCY COURT**
**for the Western District of Virginia**
**Lynchburg Division**

| | |
|---|---|
| **In re: Shelley Blane McAvoy** <br> **Jason Ross McAvoy** | **CASE NO. 13–60015** |
| Debtor(s) | **CHAPTER 13** |

**ORDER DISMISSING CASE**

For the reasons set forth in the Notice or Motion, and for good cause shown, it is

O R D E R E D

that the above case(s) and all related <u>pending</u> motions and adversary proceedings arising therein, unless on appeal, be, and the same hereby are, dismissed without predjudice.

It is further

O R D E R E D

that upon the trustee filing a final report herein, the same shall be deemed approved without further ORDERS and the trustee and trustee's bond released and discharged from further liability herein unless proper objection is made to said final report within fourteen (14) days after filing of same or such extended time as may be granted upon proper application made within said fourteen (14) days period, and the estate be closed. <u>If the Discharge Order has been issued,</u>

<u>the same is recinded.</u>

If the case is a Chapter 13 case, it is further

O R D E R E D

that the employer, if heretofore ordered to do so, shall cease making deductions from debtor(s)' wages to be paid to the trustee.

Service of a copy of this Order shall be by mail to the debtor(s), attorney for the debtor(s), trustee, employer, if applicable, U.S. Trustee, and all parties on the current mailing matrix.

**Entered:** 1/23/13

_____
WILLIAM E ANDERSON, JUDGE

van02.jsp

```
                                United States Bankruptcy Court
                                  Western District of Virginia
In re:                                                                        Case No. 13-60015-wea
Shelley Blane McAvoy                                                          Chapter 13
Jason Ross McAvoy
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0423-6          User: whitek              Page 1 of 2              Date Rcvd: Jan 23, 2013
                              Form ID: van02            Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 25, 2013.
db/jdb        +Shelley Blane McAvoy,    Jason Ross McAvoy,    1392 Colby Dr.,    Forest, VA 24551-1789
cr            +Citibank, N.A., as Trustee for SACO I Trust 2006-6,    236 Clearfield Ave Suite 215,
               Virginia Beach, VA 23462-1893
3701773       +AC Autopay,    PO Box 40469,    Denver, CO 80204-0469
3701774        Bank of America,    PO Box 982238,    El Paso, TX 79998-2238
3701776       +Citifinancial,    300 Saint Paul Pl,    Baltimore, MD 21202-2120
3707862       +Shapiro Brown & Alt, LLP,    236 Clearfield Avenue, Suite 215,    Virginia Beach, VA 23462-1893

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
3703429       +EDI: OPHSUBSID.COM Jan 23 2013 21:58:00      BACK BOWL I LLC, SERIES C,
               C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
3701775       +EDI: CHASE.COM Jan 23 2013 21:58:00      Chase,    PO Box 15298,    Wilmington, DE 19850-5298
3701778       +EDI: MID8.COM Jan 23 2013 21:58:00      Midland Funding, LLC,    8875 Aero Drive,    Suite 200,
               San Diego, CA 92123-2255
3701777       +E-mail/Text: bankruptcy@stellarone.com Jan 23 2013 22:12:30      Stellar One,    105 Arbour Drive,
               PO Box 600,    Christiansburg, VA 24068-0600
                                                                                               TOTAL: 4

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 25, 2013**                              **Signature:** _Joseph Speetjens_

```
District/off: 0423-6           User: whitek              Page 2 of 2                  Date Rcvd: Jan 23, 2013
                               Form ID: van02            Total Noticed: 10
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 23, 2013 at the address(es) listed below:
           Christine S. Patterson   on behalf of Creditor   Citibank, N.A., as Trustee for SACO I Trust 2006-6, Mortgage-Backed Certificates, Series 2006-6 vabecf@logs.com, vabecf@logs.com
           Herbert L Beskin(82)   hbeskinch13@ntelos.net, hbeskin13@ecf.epiqsystems.com
           USTrustee   USTPRegion04.RN.ECF@usdoj.gov
                                                                                                TOTAL: 3